UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06MJ2109 AGF |
| RUBIN RODRIGUEZ, | ) | |
| Defendant. | ) | |

## **ORDER**

The Court, having now received the orders related to the proceedings in the Western District of Missouri (Case No. 06-0059JTM-01), the district of Defendant's arrest, notes that Defendant has already had an identity, detention, and preliminary hearing, in the district of arrest. Probable cause was found, and Defendant was ordered detained and remanded to this district. As such, no further proceedings under Rule 5 or the Bail Reform Act are necessary.

Accordingly,

**IT IS HEREBY ORDERED** that the hearing scheduled for **Friday, May 12, 2006,** at **1:30 p.m.**, is **cancelled**.

**IT IS FURTHER ORDERED** that this matter is scheduled for a Status Conference on **Friday, May 19, 2006, at 4:00 p.m.**

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 10th day of May, 2006.